IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN ADKINS,                    No. CIV S-07-1783-LKK-CMK-P

    Petitioner,

  vs.                                ORDER

D.K. SISTO, et al.,

    Respondents.

_____/

    Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pending before the court is petitioner's motion for appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time. Specifically, while the court acknowledges that the treatment petitioner is currently undergoing for cancer limits his ability to represent himself, this matter is fully briefed and, upon review of the record, the court does not find that appointment of counsel will benefit

1

the court in deciding the issues presented in this case.

As to the court's March 26, 2008, order inviting optional supplemental briefing, that order does not require any further briefing from petitioner. The court will, however, provide the parties an extension of time to submit optional supplemental briefing.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion for appointment of counsel (Doc. 14) is denied; and

2. The time to respond to the court's March 26, 2008, order is extended to 30 days from the date of this order.

DATED: April 23, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE